United States District Court
Southern District of ~~Indiana~~ Indianapolis, Division

SCANNED at BCF and Emailed on 9-17-25 by CM - 2 pages. (date) (initials) (num)

Broderick V. Bullock SR
                Plaintiff

V.

Marion Cty sheriff's office
Trinity Services Group
                Defendant's

NO 1:24-CV-02020-TWP-KMB

**FILED**
**09/17/2025**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

Motion for Discovery, Courts Ordering Marion Cty sheriff for all Grievience's Filed on Wall, Tablet, formal & Informal & Responses Filed, By plaintiff Bullock from June 10, 2024 to March, 2025, Immediatily Against Defendants

Come Now Broderick V. Bullock SR, pro se on 9/17/2025 come now, plaintiff, Request the Courts, To order All Grievences, Filed Informal & formal Against Marion Cty sheriff's Office & Trinity Services Group, Defendants, Have Lied To the Courts, By stating plaintiff Hadn't exhausted All Remedies meaning Grivences, process, Bullock Had, filed over 20 Grievances, Against Both Marion sheriff's & Trinity food's For Not Giving me proper, Tray's Do To my Milk Allergy Plaintiff Wants, Judge To Order All Copies of Grievances Filed By Plaintiff on Wall Tablets

Responses, only were, Responded via, Wall Tablets which prohibited, Inmates, to Retain Copies, of Grievances, & Reply's, Defendant's Including Marion cty sheriff office, Have immediate, Assets to these Copies A.S.A.P, Thru There Business office They fully know, Bullock filed Grievances, Informal & Formal & Bullock Demands the Courts, To Have Copies for Both, the Plaintiff, & Defendants & Copies, Sent to Plaintiff Immediatily & If the Can't produce Grievances Filed By plaintiff from, 6/10/24 to 3/14/25 While Bullock was, Detained at Marion cty detention center, If Not, Bullock, Request Court Grant Decision In favor, of plaintiff In sum of $350,000 Dollars for Damages, stated, By Plaintiff Bullock Marion cty sheriff's At Detention Center know's they have Easy Assets to, Retain Copies, of Bullock, filed Grievances, pertaining to His Milk Allergies to the point they stopped Bluntly to Replying to my Grievances Cruel & unusual punishment flatout Neglagence, Bullock, now Request Grievance copies Be E-filed via Southern District Courts to Branchville, In Care of plaintiff Broderick Bullock SR (Immediatily & Can't Provide) Judgement In Favor of Bullock, please & Thank-you

Broderick V. Bullock SR
111916   9-17-2025
B.C.F